F3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON | : | CIVIL ACTION |
| v. | : | |
| CHESTER COUNTY PRISON, ET AL. | : | NO. 10-0905 |

FILED MAR 12 2010 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk

**MEMORANDUM**

PADOVA, J.                                                  MARCH  /2 , 2010

Plaintiff has filed a pro se 42 U.S.C. § 1983 civil rights complaint against Chester County Prison, Director Jack Healy, Counselor Karen/Shelton, Inmate Blake Robert, Prime Case Medical, Inc., Chester County Sheriffs Department, and Sheriff's Insurance Company. He has also filed several motions and exhibits.

Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's complaint and his additional pleadings are rambling and unclear, thus depriving the defendants of fair notice to allow them to respond to his claims. Since plaintiff is pro se, he will be granted leave to file an amended complaint to meet these pleading infirmities.

If plaintiff intends to pursue this case, he must file an amended complaint which contains all of his claims, and in which he describes as legibly, clearly and briefly as possible: (1) the specific events or conditions which violated his constitutional rights; (2) the name of each person who violated his constitutional rights; (3) the dates on which his

constitutional rights were violated by each defendant; (4) the harm he suffered, if any, from each violation; and (5) the specific relief he is requesting. Plaintiff is reminded of the requirement that he plead specific fact paragraphs in his amended complaint, and that the caption of his complaint must contain the names of all of his defendants.

BY THE COURT:

_____
JOHN R. PADOVA, J.