IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON | : | CIVIL ACTION |
| v. | : | |
| CHESTER COUNTY PRISON, ET AL. | : | NO. 10-0905 |

## O R D E R

AND NOW, this 17th day of March, 2010, IT IS ORDERED as follows:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to file an amended complaint within thirty (30) days from the date of this order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_____
JOHN R. PADOVA, J.