IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER COUNTY PRISON, ET AL. | : | NO. 10-905 |

## O R D E R

**AND NOW**, this 19th day of August, 2010, upon consideration of Plaintiff's "Motion to Amend the Complaint" (Docket No. 6), **IT IS HEREBY ORDERED** as follows:

1. The Clerk shall restore this case to the active docket.

2. Plaintiff's Motion to Amend the Complaint is **DENIED**.

3. The claims asserted in proposed Amended Complaint are **DISMISSED WITH PREJUDICE**.

4. This Action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b)(1).

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.